JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH FITZGERALD, an individual ) | Case No.: CV 15-2779-DMG (MRWx) |
| Plaintiff, ) | |
| v. ) | **ORDER RE STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE [35]** |
| CHARLIE SHEEN, an individual; 9TH ) STEP PRODUCTIONS, INC., a ) California corporation; and DOES 1 ) through 10, inclusive, ) | |
| Defendants. ) | |
| _____ ) | |

Having considered the Stipulation of Plaintiff Keith Fitzgerald and Defendants Charlie Sheen and 9TH Step Productions, Inc., IT IS HEREBY ORDERED that this entire action is dismissed with prejudice.  The parties shall bear their own attorney's fees and costs.  All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED:  May 16, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1                    ORDER RE STIPULATION FOR DISMISSAL